# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff(s),<br><br>vs.<br><br>ROSHON E. THOMAS,<br><br>Defendant(s). | **Case No.** CR-03-129-FVS<br><br>**CRIMINAL MINUTES**<br><br>**DATE:** 12/03/04<br>**LOCATION:** SPOKANE<br><br>**SENTENCING HEARING** |

| Judge Fred Van Sickle | | |
|---|---|---|
| Bruce A. Anderson<br><br>**Courtroom Deputy** | Mark Davis<br><br>**Law Clerk**          Interpreter | Mark Snover<br><br>**Court Reporter** |
| Russell Smoot<br><br>**Plaintiff's Counsel** | Ed Carroll<br><br>**Defendant's Counsel** | |

**[ X ] Open Court          [  ] Chambers          [  ] Telecon**

Defendant present in the custody of US Marshal
The Court rules on and accepts the Pre-Sentence Report.

**Impr:** 188 months; Court recommends placement at a facility closest to Spokane, WA. Court recommends that the defendant participate in a drug treatment program (RDAP) as directed by BOP. Deft shall receive credit for time served.

**Supervised Release:** 6 years, with standard conditions; Plus additional conditions:

1. You shall not associate with known street gang members and gang affiliates.

2. You shall submit your person, residence, office, or vehicle to a search, conducted by a U.S. probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You shall warn persons with whom you share a residence that the premises may be subject to search.

3. You shall undergo a substance abuse evaluation and, if indicated, enter into and successfully complete an approved substance abuse treatment program, including aftercare. You shall contribute to the cost of treatment according to your ability. You shall allow full reciprocal disclosure between the supervising probation officer and treatment provider.

4. You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.

**PAGE 2**      **USA v ROSHON E. THOMAS**      **CR-03-129-FVS**      **SENTENCING 12/03/04**

**S.A.** $100.00 - Defendant shall participate in the Inmate Financial Responsibility Program
**Fine:** Waived
**Forfeiture of:** $1,262.90 U.S. Currency pursuant to plea agreement.

All remaining counts dismissed

Appeal rights given

| Convened:   11:40 am | Adjourned:   12:05 pm | Time:  .5 Hr | CALENDARED [    ] |
|---|---|---|---|