PG 1

May 17th

Your Honarable Judge VanSickle CR-03-129-FVS

I'm writing you concerning issue's pertaining to me, that I feel you can decide and make a fair judgement which are issue's that my present Attorney find's hard to address the court with because he state's to me he's unsure and really has no knowledge of Booker Blakley in applying it to me, as well as enhance fact's that are not charged or alledged against me in my Indictment, primarily drug quanity and career offender, my attorney has constantly expressed his being pressured to have my breif complete by the 24th of May, which I explained to him May 16th made me uncomfortable, I personally feel that in any event concerning me I should be able to get a honest pressured free effective counsel to repersent me, he made no mention of even trying to ask for a continuence, which in return would give him time to gain some knowledge, he is stating he is lacking, but on another hand he's pressured to complete my breif before the 24th of May and he claim's he's trying to answer question's at the same time, I feel he's unprepared. You sentenced me Dec 3 2004 1 month before the Blakley Booker outcome, at that time you stated to me that you felt my sentence was to long for my drug charge, and you did not agree with the sentence you were imposing, however you said you were bound by the guidline's, which limited your authority to impose a sentence of your choice that you felt was appropriate for me. One of my problem's is my caculation of my perscribed guidline range, with or without career offender is 77 to 96 month's. 96 month's is my statutory max. That blakley has defined as my maxium of my guidline range which is the standard range, I was givin an offense level of 24 with a 3 level deduction, not to -

Mention That quanity is Included IN That Standard Offense level, which quanity is Something I Never pled to or Admitted too. I pled only to 841(A)(1) no specific quanity, I was sentenced to 841(B)(1)C. What I'm unclear About is my offense level. For example in U.S. v. Arnold Ameline Soley on The Basis of Ameline's Admissions of Distribution of A Detectable Amount, without any additional Findings Blakely 124 S. Ct. At 2537. His base offense level would of Been 12 Regardless of me being A Career Offender as They claim only Enhances me to Category VI. here 841(B)(1)C Blakley's Difinition of Statutory Maxium as The Maxium Sentence A Judge May Impose Soley on The Basis of Facts Reflected IN A Jury or Admitted by defendant. My offense level ~~for~~ my quanity Involved should be Base offense level of 12 Not 34. My offense-level is A quanity That was never Charged Against Me, nor Admitted too, was offense level 24. I was never given The Choice to Have A Jury Determination on Drug quanity, which is Soley The Main Factor to How And where An offense level Derives From. Even where Due process Requires That A Drug quanity Allegation be pleaded to IN The Indictment And proved to A Jury beyond Reasonable doubt, A defendant can plead guilty To The elements of The Offense without Addmitting Drug quanity U.S. v. THOMAS, 355 F. 3d 1191, 1198 9th Cir 2004. My Indictment or my plea Agreement never Charged Drug quanity Nor did I Admitt to any Amount At my Change of plea To Justify An offense level of 34 And Sentenced to 188 Month's if my perscribed guildline Range is 77 to 96 Month's As They Say My sentence presently is 2 time's greater Than 77 Month's That's Unbeleivable. I Acknowledged That the government would Attempt To Argue That my offense level is 34 because I Appear to be

A CAREER OFFENDER Which States That A CAREER OFFENDER'S CATEGORY is ALWAYS CATEGORY VI. but It made no Mention That my base offense level would be Vertically Enhanced - Which Has nothing to Do with Criminal History, CAREER CRIMINAL HAS to to with past prior Felony conviction's Which is Criminal History Which Allow's AN enHancement Along the ~~grid~~ grid OF Criminal History Category, How CAN ~~I~~ CAREER OFFENDER be used to Enhance My conduct My Involved conduct is only what It is no more or less because I'm a CAREER OFFENDER, I Could understand Enhanceing A base offense level According to The conduct Involved, with The offense OF conviction. But to Have Me At offense level 34 Like I WAS Involved OR Admitted to A quanity of Drug's That Demanded That offense level because That WAS The conduct Involved My conduct if I Admitted too only would Involve AN offense level OF 24 And CAREER OFFENDER would Naturally be Category VI but IN This present case My offense Involved NO Amount That I WAS ever Charged with, Which Mean's My offense level Legally Should be offense Level 12 Before Blakely WAS Applied to The Federal guidline's I Waived The Right ~~to~~ FOR A JURY Determin Rather OR NOT if I WAS A CAREER OFFENDER Which WAS AN Argument FOR Sentenceing Which Still need to be decided ON a Much Higher level OF Standard Than A PSI. How Could A JURY OR ANY COURT Decide A FACT That is never Charged Against A defendant CAREER OFFENDER A FACT That need's to be proved beyond A Reasonable Doubt by A JURY. Samuel winship 397 U.S. 358 25 L Ed 2d 368 90 S. Ct 1068. CAREER OFFENDER / Drug quanity FAR exceeded The Maxium Sentence That WAS Imposed Simply ON The Basis OF FACT'S That Are never Charged OR Admitted too -

This sentencing scheme directly parallels The sentencing process Held unconstitutional In Blakley My present attorney is Finding It HARD to understand what I'm SAYING pertains to me, I'm not Attacking my conviction but my sentence, my Attorney wants to argue That I should of Been able to withdraw my plea, which is something That I'm not Interested In, FOR FEAR That if Successfull The government can Ad Additional enhancing Factors which are not There presently. Also when I was Sentenced TO A CAREER offender none of my priors stated In My plea Agreement That Them conviction would be used to enhance me IN A Federal case called CAREER offender I did not knowingly And willing Except Them conviction's with The knowledge of Them PRIOR'S being used To Enhance me which is part of The Sentencing scheme Here In Washington - CRAWFORD V. Washington State v. CRAWFORD, 147 WN 2d WN-2d 424, 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 Allocution's guilty pleas and other formal Statements Admitting guilt These ARE Testimonial

ALSO IN CRAWFORD Reframing the Right to confrontation Statements OF Confidential Informants - when a confidential Informant gives Information to police officer for use In A Criminal Investigation Those Statements ARE testimonial. Which Like my case A confidential Informant gave police Information That was given to A Judge to get Authorization to use a tracking Device to Aide an criminal Investigation Against me, Your Honorable Judge Vanskkie, I know That I'm Addressing Matter's That concern me. but I'm unsure of if I'm Appling Them correctly by writing you, I know You Have The Authority to Review my Issue's That I'm bringing

P6 5

Before The Court However I pray That you Consider What I'm Saying, Rather you Appoint me A new Counsel or Allow Me to Represent my Self I will be More Than Happy to do so if you Allow This letter As A Form of ~~a~~ petition to The Court, I Have wrote to you back In Feb. of This year but I never got A Response, I wrote to p.o. box 2208 Spokane WA 99210 Federal Court build. I Only Ask A Minimal Consideration by you The Court to Review My sentence And your statements you expressed About my sentence, In Return I Hope Just to be given A Reasonable sentence please!

THANK YOU

My Attorney is
Phill nino
509-325-5466

My brief is due
May 24th This year
Can you please Help my
Concern's My Attorney is
not In My best Intrest
At This time, I Asked to
please be bought to Court to
Review And correct my sentence please!

I'm sending counsel Phill Nino A letter of Concern And asking for is mutual withdrawl from present counsel My previous letter went to Judge Nielsen, which was A Mistake He may Have That letter That was wrote to you I sent The letter Back In Feb. of This year! ⟶

hopefully You CAN Get The letter if He HAS not got Rid of It. I Really personally would just Like A Sentence That's Reasonable please

I Have been placed At Offense level 34 That Offense level Does Not Have The Schedule I or II Stimulants Which is Cocaine That I WAS Involved With My offense Involved powder not cocaine base Which I never Admitted TOO. PSI SAYS IF I'M NOT A CAREER OFFENDER Then I'M OFFENSE level 24

(9) At least 100 G but less than 400 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 500 G but less than 2 KG of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 5 G but less than 20 G of Cocaine Base;
At least 100 G but less than 400 G of PCP, or at least 10 G but less than 40 G of Pure PCP;
At least 100 G but less than 400 G of Methamphetamine, or at least 10 G but less than 40 G of Pure Methamphetamine;
At least 1 G but less than 4 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 40 G but less than 160 G of Fentanyl;
At least 10 G but less than 40 G of a Fentanyl Analogue;
At least 100 KG but less than 400 KG of Marihuana;
At least 20 KG but less than 80 KG of Hashish;
At least 2 KG but less than 8 KG of Hashish Oil. — Level 26

(10) At least 80 G but less than 100 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 400 G but less than 500 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 4 G but less than 5 G of Cocaine Base;
At least 80 G but less than 100 G of PCP, or at least 8 G but less than 10 G of Pure PCP;
At least 80 G but less than 100 G of Methamphetamine, or at least 8 G but less than 10 G of Pure Methamphetamine;
At least 800 MG but less than 1 G of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 32 G but less than 40 G of Fentanyl;
At least 8 G but less than 10 G of a Fentanyl Analogue;
At least 80 KG but less than 100 KG of Marihuana;
At least 16 KG but less than 20 KG of Hashish;
At least 1.6 KG but less than 2 KG of Hashish Oil. — Level 24

Never Admitted TO Any quantity In my plea-Agreement

(11) At least 60 G but less than 80 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 300 G but less than 400 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 3 G but less than 4 G of Cocaine Base;
At least 60 G but less than 80 G of PCP, or at least 6 G but less than 8 G of Pure PCP;
At least 60 G but less than 80 G of Methamphetamine, or at least 6 G but less than 8 G of Pure Methamphetamine;
At least 600 MG but less than 800 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 24 G but less than 32 G of Fentanyl;
At least 6 G but less than 8 G of a Fentanyl Analogue;
At least 60 KG but less than 80 KG of Marihuana;
At least 12 KG but less than 16 KG of Hashish;
At least 1.2 KG but less than 1.6 KG of Hashish Oil. — Level 22

(12) At least 40 G but less than 60 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 200 G but less than 300 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 2 G but less than 3 G of Cocaine Base;
At least 40 G but less than 60 G of PCP, or at least 4 G but less than 6 G of Pure PCP;
At least 40 G but less than 60 G of Methamphetamine, or at least 4 G but less than 6 G of Pure Methamphetamine;
At least 400 MG but less than 600 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 16 G but less than 24 G of Fentanyl;
At least 4 G but less than 6 G of a Fentanyl Analogue;
At least 40 KG but less than 60 KG of Marihuana;
At least 8 KG but less than 12 KG of Hashish;
At least 800 G but less than 1.2 KG of Hashish Oil;
20 KG or more of Schedule I or II Depressants or Schedule III substances. — Level 20

(13) At least 20 G but less than 40 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 100 G but less than 200 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 1 G but less than 2 G of Cocaine Base;
At least 20 G but less than 40 G of PCP, or at least 2 G but less than 4 G of Pure PCP;
At least 20 G but less than 40 G of Methamphetamine, or at least 2 G but less than 4 G of Pure Methamphetamine;
At least 200 MG but less than 400 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 8 G but less than 16 G of Fentanyl;
At least 2 G but less than 4 G of a Fentanyl Analogue;
At least 20 KG but less than 40 KG of Marihuana;
At least 5 KG but less than 8 KG of Hashish;
At least 500 G but less than 800 G of Hashish Oil;
At least 10 KG but less than 20 KG of Schedule I or II Depressants or Schedule III substances. — Level 18

(14) At least 10 G but less than 20 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 50 G but less than 100 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 500 MG but less than 1 G of Cocaine Base;
At least 10 G but less than 20 G of PCP, or at least 1 G but less than 2 G of Pure PCP;
At least 10 G but less than 20 G of Methamphetamine, or at least 1 G but less than 2 G of Pure Methamphetamine;
At least 100 MG but less than 200 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 4 G but less than 8 G of Fentanyl;
At least 1 G but less than 2 G of a Fentanyl Analogue;
At least 10 KG but less than 20 KG of Marihuana;
At least 2 KG but less than 5 KG of Hashish;
At least 200 G but less than 500 G of Hashish Oil;
At least 5 KG but less than 10 KG of Schedule I or II Depressants or Schedule III substances. — Level 16

(15) At least 5 G but less than 10 G of Heroin (or the equivalent amount of other Schedule I or II Opiates);
At least 25 G but less than 50 G of Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
At least 250 MG but less than 500 MG of Cocaine Base;
At least 5 G but less than 10 G of PCP, or at least 500 MG but less than 1 G of Pure PCP;
At least 5 G but less than 10 G of Methamphetamine, or at least 500 MG but less than 1 G of Pure Methamphetamine;
At least 50 MG but less than 100 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
At least 2 G but less than 4 G of Fentanyl;
At least 500 MG but less than 1 G of a Fentanyl Analogue;
At least 5 KG but less than 10 KG of Marihuana;
At least 1 KG but less than 2 KG of Hashish;
At least 100 G but less than 200 G of Hashish Oil;
At least 2.5 KG but less than 5 KG of Schedule I or II Depressants or Schedule III substances. — Level 14

(16) Less than 5 G Heroin (or the equivalent amount of other Schedule I or II Opiates);
Less than 25 G Cocaine (or the equivalent amount of other Schedule I or II Stimulants);
Less than 250 MG of Cocaine Base;
Less than 5 G of PCP, or less than 500 MG of Pure PCP;
Less than 5 G of Methamphetamine, or less than 500 MG of Pure Methamphetamine;
Less than 50 MG of LSD (or the equivalent amount of other Schedule I or II Hallucinogens);
Less than 2 G of Fentanyl;
Less than 500 MG of a Fentanyl Analogue;
At least 2.5 KG but less than 5 KG of Marihuana;
At least 500 G but less than 1 KG of Hashish;
At least 50 G but less than 100 G of Hashish Oil;
At least 1.25 KG but less than 2.5 KG of Schedule I or II Depressants or Schedule III substances;
20 KG or more of Schedule IV substances. — Level 12

Ameline
NO. 02-30326
D.C. NO. CR-02-00011-SE
United States Courts of Appeal Ninth Circuit

(17) At least 1 KG but less than 2.5 KG of Marihuana;
At least 200 G but less than 500 G of Hashish;
At least 20 G but less than 50 G of Hashish Oil;
At least 500 G but less than 1.25 KG of Schedule I or II Depressants or Schedule III substances;
At least 8 KG but less than 20 KG of Schedule IV substances. — Level 10

(18) At least 250 G but less than 1 KG of Marihuana;
At least 50 G but less than 200 G of Hashish;
At least 5 G but less than 20 G of Hashish Oil;
At least 125 G but less than 500 G of Schedule I or II Depressants or Schedule III substances;
At least 2 KG but less than 8 KG of Schedule IV substances;
20 KG or more of Schedule V substances. — Level 8

(19) Less than 250 G of Marihuana;
Less than 50 G of Hashish;
Less than 5 G of Hashish Oil;
Less than 125 G of Schedule I or II Depressants or Schedule III substances;
Less than 2 KG of Schedule IV substances;
Less than 20 KG of Schedule V substances. — Level 6

*Unless otherwise specified, the weight of a controlled substance set forth in the table refers to the entire weight of any mixture or substance containing a detectable amount of the controlled substance. If a mixture or substance contains more than one controlled substance, the weight of the entire mixture or substance is assigned to the controlled substance that results in the greater offense level. In the case of a mixture or substance containing PCP or methamphetamine, use the offense level determined by the entire weight of the mixture or substance or the offense level determined by the weight of the pure PCP or methamphetamine, whichever is greater.

# SENTENCING TABLE

**(in months of imprisonment)**

| Offense Level | Criminal History Category (Criminal History Points) I (0 or 1) | II (2 or 3) | III (4, 5, 6) | IV (7, 8, 9) | V (10, 11, 12) | VI (13 or more) |
|---|---|---|---|---|---|---|
| 1 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 |
| 2 | 0-6 | 0-6 | 0-6 | 0-6 | 0-6 | 1-7 |
| 3 | 0-6 | 0-6 | 0-6 | 0-6 | 2-8 | 3-9 |
| 4 | 0-6 | 0-6 | 0-6 | 2-8 | 4-10 | 6-12 |
| 5 | 0-6 | 0-6 | 1-7 | 4-10 | 6-12 | 9-15 |
| 6 | 0-6 | 1-7 | 2-8 | 6-12 | 9-15 | 12-18 |
| 7 | 0-6 | 2-8 | 4-10 | 8-14 | 12-18 | 15-21 |
| 8 | 0-6 | 4-10 | 6-12 | 10-16 | 15-21 | 18-24 |
| 9 | 4-10 | 6-12 | 8-14 | 12-18 | 18-24 | 21-27 |
| 10 | 6-12 | 8-14 | 10-16 | 15-21 | 21-27 | 24-30 |
| 11 | 8-14 | 10-16 | 12-18 | 18-24 | 24-30 | 27-33 |
| 12 | 10-16 | 12-18 | 15-21 | 21-27 | 27-33 | 30-37 |
| 13 | 12-18 | 15-21 | 18-24 | 24-30 | 30-37 | 33-41 |
| 14 | 15-21 | 18-24 | 21-27 | 27-33 | 33-41 | 37-46 |
| 15 | 18-24 | 21-27 | 24-30 | 30-37 | 37-46 | 41-51 |
| 16 | 21-27 | 24-30 | 27-33 | 33-41 | 41-51 | 46-57 |
| 17 | 24-30 | 27-33 | 30-37 | 37-46 | 46-57 | 51-63 |
| 18 | 27-33 | 30-37 | 33-41 | 41-51 | 51-63 | 57-71 |
| 19 | 30-37 | 33-41 | 37-46 | 46-57 | 57-71 | 63-78 |
| 20 | 33-41 | 37-46 | 41-51 | 51-63 | 63-78 | 70-87 |
| 21 | 37-46 | 41-51 | 46-57 | 57-71 | 70-87 | 77-96 |
| 22 | 41-51 | 46-57 | 51-63 | 63-78 | 77-96 | 84-105 |
| 23 | 46-57 | 51-63 | 57-71 | 70-87 | 84-105 | 92-115 |
| 24 | 51-63 | 57-71 | 63-78 | 77-96 | 92-115 | 100-125 |
| 25 | 57-71 | 63-78 | 70-87 | 84-105 | 100-125 | 110-137 |
| 26 | 63-78 | 70-87 | 78-97 | 92-115 | 110-137 | 120-150 |
| 27 | 70-87 | 78-97 | 87-108 | 100-125 | 120-150 | 130-162 |
| 28 | 78-97 | 87-108 | 97-121 | 110-137 | 130-162 | 140-175 |
| 29 | 87-108 | 97-121 | 108-135 | 121-151 | 140-175 | 151-188 |
| 30 | 97-121 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 |
| 31 | 108-135 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 |
| 32 | 121-151 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 |
| 33 | 135-168 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 |
| 34 | 151-188 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 |
| 35 | 168-210 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 |
| 36 | 188-235 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 |
| 37 | 210-262 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life |
| 38 | 235-293 | 262-327 | 292-365 | 324-405 | 360-life | 360-life |
| 39 | 262-327 | 292-365 | 324-405 | 360-life | 360-life | 360-life |
| 40 | 292-365 | 324-405 | 360-life | 360-life | 360-life | 360-life |
| 41 | 324-405 | 360-life | 360-life | 360-life | 360-life | 360-life |
| 42 | 360-life | 360-life | 360-life | 360-life | 360-life | 360-life |
| 43 | life | life | life | life | life | life |

CAReeR OffenderR

BLAKLEY SAYS My Statutory MAX is The MAX OF My PERCRibed guideline 30-37

Ameline SAYS No Admit To quantity offense level (12) BLAKLEY Booker Apprendi

3 Level Deduction Low End Range

with quantity That I never pled or Admitted Too

3 Level Deduction Low-End Range

6-6-05

CR: 03-129-FVS

61

P61

YOUR HONARABLE

Judge FRED C. VANSICKLE

IM WRITEING YOU AGAIN IN REGUARDS TO MY 1st LETTER I WROTE A FIEW WEEKS AGO BEFORE MY MAY 24th DUE DATE ON MY APPEAL, EXPLAINING TO YOU MY CONCERNS AND DISSAGREEMENTS ABOUT ISSUES THAT I WANTED ADDRESSED IN MY BRIEF BEFORE MAY 24th, I ALSO STATED THAT I ASKED FOR SEVERAL ISSUE'S TO BE INCLUDED IN MY BRIEF. MAINLY THE - AMELINE CASE, WHICH IS A FEDERAL CASE LIKE MINE'S, THAT EXPLAIN'S BLAKELY'S DEFINITION OF 841 b(1)(c) STATUTORY MAXIUM. WHICH IS A PENDING SUPREME COURT CASE OUT OF THE NINTH CIR. I EXPLAINED TO HIM THAT MY 841 b 1 C) WAS SIMULAR TO AMELINE. I TOLD COUNSEL THAT MY BASE OFFENSE LEVEL SINCE I DID NOT ADMITT TO ANY QUANITY AT MY PLEA HEARING SHOULD BE 12. I PLED ONLY TO THE STATUE OF 841 (A)(1) BUT NO QUANTITY, I EXPLAINED TO HIM MY PERSCRIBED GUIDELINE RANGE AFTER I PLED TO THE CHARGE WITHOUT ANY ADDITIONAL FACTS USED TO ENHANCE ME WAS 30 TO 37 MONTHS INCLUDEING CRIMINAL HISTORY POINTS, I NEVER ADMITTED TO BEING A CAREER OFFENDER NOR WAS I EVER NOTIFIED BY A FILEING ABOUT CAREER OFFENDER, WHICH IS A REQUIREMENT FOR 851 AND ACC - ARMED CAREER CRIMINAL WHEN SEEKING TO ENHANCE A SENTENCE OR STATUTORY MAX. ANY ENHANCEMENT SHOULD NOT ONLY BE CHARGED BUT SUBMITTED TO A JURY, I WAS NEVER CHARGED WITH CAREER OFFENDER TO ALLOW A JURY TO DECIDE NOR WAS CAREER OFFENDER ADMITTED BY ME IN MY PLEA AGREEMENT, I ONLY AGREED THAT THAT FACT WOULD BE DECIDED BY THE DISTRICT COURT, AT TIME OF SENTENCEING, WHICH COULD NOT BE DECIDED BY A JURY OR DISTRICT COURT IF THE CAREER OFFENDER ENHANCEMENT IS NEVER CHARGED IN ORIGINAL INDICTMENT, I TOLD HIM I CAN'T BE GUILTY OF ANY ENHANCEMENTS THAT WERE NEVER CHARGED AGAINST ME. I ALSO EXPLAINED TO MY COUNSEL, THAT EVEN IF I WERE A CAREER OFFENDER THAT MY STATUTORY MAXIUM WOULD NOT BE 30 YEARS BECAUSE OF WHAT THE CHARGE CARRIES AND MY PRIOR OFFENSE, BUT SIMPLY MY MAXIUM OF-

Pg 2

My perscribed guideline Range which is 37 month's, He's Having A HARD time Addressing Them Facts For me, which is why I wrote you And The Court of Appeal's Before My Brief was Filed Against my wishe's I was never givin A Notice of my brief before It was Filed To Allow me to Agree or dissagree or Request Any Additional Issue's, I Read my brief For The First time May 24th. He never consulted with me About getting Extra time Before Fileing My brief, That's why I wrote The District court And The Appeals court giving Notice That The Issue's I wanted Raised would not be - Included In My brief And as you can see clearly It's Not. I was more concerned About my Sentenceing Issue's, And Statement's you made At Sentenceing About Being Bound by The guideline's At The Time you Sentenced me. I Just want to be Resentenced In your court since you Have The Authority to Sentence me below 15 years I've Had A Terrible Experience with being Addicted to Drug's I'm 36 years old This year And I Have 5 Children From 1 to 12 years old, I would try Anything To Have A Chance with A Life with my wife And kid's, I need my kid's And They need me, I just visited with Them last week, It's HARD TO Explain To my son why Drug's Carry A lot of Time, I want Hope For Them, I Did not Have A Dad growing up, I Always said That when I Had kid's I would be There For Them I made A very bad Mistake, And I Have made poor Choice's In The past, And my present Choice HAS cost me My Children For 15 year's I can't beleive It. I Have never Had The opportunity For A Drug program Just A Sentence of Inprisonment, I Take Responsibility For My Action, But Me And My Family pray That you - Reconsider Sentenceing Me To A much lower Sentence. I Have A Kidney Disease I Don't Know How Long it will Hold up But I Really want Help And I want to be There For my little Kid's They Are getting bigger but They Are my babies I want A Honest Chance And Life with Them please.

P6 3

I CAN ONLY PRAY TO GOD THAT YOU ALLOW ME A REGULAR LIFE AGAIN, I'M WILLING TO DO WHAT EVER THE COURT SAYS AS A MEAN'S OR PURPOSE TO BE SUCESSFUL, GIVE ME A CHANCE JUDGE VANSICKLE TO TURN MY LIFE AROUND YOU HAVE THE AUTHORITY IF ONLY YOU WANT, TO GIVE ME A PATTERN FOR SUCCESS AND ACHEIVEMENT, I'M A GOOD PERSON AND I NEED TO PROVE IT, WHICH IS A CHALLENGE THAT I'M FOR. YOUR HONOR I'M ASKING TO HAVE MY PRESENT COUNSEL REMOVED FROM THE RECORD OF ASSISTING ME, I HAD ALLREADY WROTE MY PRESENT COUNSEL AND TOLD HIM I WOULD LIKE FOR HIM TO WITHDRAW AS COUNSEL, I DID THAT DURING THE FIRST TIME I WROTE YOU BEFORE MY BRIEF WAS FILED, NOW HE'S WRITEING ME TELLING ME THAT I HAVE TO SEND HIM A COPY OF THE FIRST LETTER TO THE COURT REQUESTING THAT HE BE REMOVED AS MY COUNSEL SO I'M WRITEING AND SENDING A COPY OF HIS LETTER TO ME ASKING ME TO ADDRESS HIM WITH A LETTER AGAIN. YOUR HONOR IF YOU WILL ALLOW ME TO REPERSENT MYSELF AND GRANT ME PERMISSION TO ADDRESS THE DISTRICT COURT ON BEING RESENTENCED, FOR MY FAMILY AND KIDS I CAN DO IT, WITH GOD'S HELP THANK YOU FOR UNDERSTANDING

God Bless You

[signature]

PHILIP E. NINO
Attorney at Law

1304 West College
Spokane, WA 99201-2013

(509) 325-5466

May 24, 2005

Roshon Thomas, No. 10846-085
Federal Correction Institution
P.O. Box 5000
Sheridan, OR 97378

Legal Mail

Re: Appeal

Dear Mr. Thomas:

You had been concerned that certain elements of your case had not been proven to a jury, and that you did not receive notice of certain elements and no quantity was alleged. You have been erroneously relying mainly on the Blakely case. I told you I would specifically research your questions and I had been prepared to give you case law on your issues for when you were to phone me last Friday, May 20, 2005 at 2:00 p.m. but you never called. Instead, you sent me a letter that I read this week telling me I had not addressed your issues.

At the same time, your brief was due and I had been working for many hours on it in recent weeks and filed it just under the deadline. I'm sure you received your copy by now.

If you wish to proceed to request new counsel, send me a copy of the letter you said you sent to the court and I will bring a motion on your behalf.

Very truly yours,

PHILIP E. NINO
PEN/ns

01

homas #10846-085
orrectional Institution
5000
, OR 97378

PM

Legal Mail

To
Your Honarable Judge
Fred VanSickle
Post office Box 2209
Spokane, WA 99210-0283

egal

CEIVED
09 2005
DISTRICT COURT
, WASHINGTON

99210+2209

Thomas #10846-085
Correctional Institution
5000
, OR 97378

To "Fred
Judge ~~Vans~~ VanSickle
United States District Court
Eastern District of Washington
P.O. Box 2209
Spokane, WA 99210 - 0283

99210-2209