DAN B. JOHNSON
Suite 601- 4407 N. Division St.
Spokane, WA  99207
(509) 483-5311

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | NO: CR-03-129-FVS |
| ) | |
| vs. ) | |
| ) | AMENDMENT TO |
| ROSHON THOMAS, ) | DEFENDANT'S |
| ) | *AMELINE* BRIEF |
| ) | RE: RE-SENTENCING |
| ) | |
| Defendant. ) | |
| _____ ) | |

TO:  Plaintiff and to your attorney, Joseph A. Harrington, Assistant U. S. Attorney for Eastern District of Washington;

COMES NOW the defendant and submits the following change to the first sentence at the top of page 7 of his Memorandum

The sentence currently reads:

"…whether a sentence should have differed, but for the Booker error. Ameline, supra 409, F.3d 1099.".

The defendant intended the sentence to read as follows:

1 **AMENDMENT TO DEFENDANT'S AMELINE**
**BRIEF RE: RE-SENTENCING**

1  ""…whether a sentence **would** have differed, but for the <u>Booker</u> error.

2  <u>Ameline</u>, supra 409, F.3d 1099.".

3      Dated this 28th day of October, 2006.

4

5              S/DAN B. JOHNSON
            WSBA # 11257
6              Attorney for Defendant
            johnsondanbps@qwest.net
7

8              <u>CM/ECF</u>

9      I hereby certify that on the 28th day of October, 2006, I electronically

10  filed the foregoing with the Clerk of the Court using the CM/ECF System

11
12  which will send notification of such filing to the following CM/ECF

13  participants:

14      Mr. Joseph Harrington
    Assistant United States Attorney
15      P. O. Box 1494
16      Spokane, WA  99210-1494

17              s/Dan B. Johnson

18
19
20
21
22
23
24
25

2 **AMENDMENT TO DEFENDANT'S AMELINE**