PROB 12A
(6/16)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 19, 2018

SEAN F. McAVOY, CLERK

### Report on Offender Under Supervision
*(No Action Requested)*

| | |
|---|---|
| Name of Offender: Roshon E. Thomas | Case Number: 0980 2:03CR00129-FVS-1 |
| Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle, Senior U.S. District Judge | |
| Date of Original Sentence: December 3, 2004 | Type of Supervision: Supervised Release |
| Original Offense: Possession with Intent to Distribute Cocaine, 21 U.S.C. § 841(a)(1) | Date Supervision Commenced: June 12, 2017 |
| Original Sentence: Prison - 188 Months<br>TSR - 72 Months | Date Supervision Expires: June 11, 2023 |

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On June 13, 2017, Mr. Roshon Thomas signed his conditions of supervision relative to case number 2:03CR00129-FVS-1, indicating he understood all conditions as ordered by the Court. Specifically, Mr. Thomas was made aware by his U.S. probation officer that he was required to refrain from the use of illegal controlled substances.<br><br>On January 10, 2018, Mr. Thomas provided an oral fluid sample for the purpose of testing for illicit substances, which was confirmed positive by Cordant Forensic Solutions. On January 26, 2018, Mr. Thomas admitted to the undersigned, and via a written document, that he violated the terms of his supervised release by consuming cocaine on or about January 8, 2018. |

**U.S. Probation Officer Action**:

Mr. Thomas was commended for his honesty; however, he was counseled for his illicit drug use. Mr. Thomas and the undersigned discussed potential consequences following his wilful violation behavior which is unacceptable, and not in furtherance of his goals or best interests. The undersigned worked with the client to assist in identifying resources and safeguards to prevent future relapse. Furthermore, Mr. Thomas completed a substance abuse assessment at Spokane Addiction Recovery Center (SPARC) on February 23, 2018, and subsequently commenced outpatient treatment at SPARC on March 2, 2018. It should also be noted, Mr. Thomas is on dual supervision with the Washington State Department of Corrections (DOC) for his Drug Offender Sentencing Alternative (DOSA) case which requires him to provide weekly urinalysis testing, and collateral contact with his DOC officer indicates all urinalysis tests have been met with negative results since the aforementioned positive test on January 10, 2018.

Prob12A
**Re: Thomas, Roshon Edward**
**March 19, 2018**
**Page 2**

Mr. Thomas was informed that the Court would be made aware of the transgression, to which he indicated he understood. It is the hope that the controlling and correctional strategies as imposed by the undersigned officer, and in response to the client's action, will prove sufficient, but not greater than necessary to allow the client to again achieve sustained remission with respect to his admitted use of cocaine as outlined.

It is hoped that the intermediate sanction imposed meets the expectations of the Court. Please advise the undersigned officer if Your Honor requires a different course of action or a Court appearance by the offender

I declare under penalty of perjury that the foregoing is true and correct.

Executed On:    March 19, 2018

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer
Date:  March 19, 2018

[X]   Court Concurs with Officer Action
[ ]   Submit a Request for Modifying the Condition or Term of Supervision
[ ]   Submit a Request for Warrant or Summons
[ ]   Other

*Fred Van Sickle*

Signature of Judicial Officer

March 19, 2018
Date